UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.W.,<br><br>                       Petitioner,<br><br>-against-<br><br>JUDITH ALMODOVAR, Acting Director, New York Field Office, Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the U.S.; KRISTI NOEM, Secretary of Homeland Security; and TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>                       Respondents. | Case No. 1:26-cv-00760 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the February 13, 2026 hearing, the petition for habeas relief is DENIED.  Given this, the Court need not decide the motion to proceed anonymously and Petitioner shall continue to be reflected as only D.W.  The Clerk of Court is respectfully directed to terminate the motions at Dkt. 7 and Dkt. 17 and to close this case.

Dated: February 16, 2026
       New York, New York

                                               SO ORDERED.

                                               *Jennifer Rochon*
                                               JENNIFER L. ROCHON
                                               United States District Judge