**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
D.W.,

                                    Petitioner,                    26 **CIVIL** 0760 (JLR)

                -against-                                          **JUDGMENT**

JUDITH ALMODOVAR, Acting Director,
New York Field Office, Immigration and
Customs Enforcement; PAMELA BONDI,
Attorney General of the U.S.; KRISTI NOEM,
Secretary of Homeland Security; and TODD
LYONS, Acting Director, U.S. Immigration and
Customs Enforcement,

                                    Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 16, 2026, the petition for habeas relief is DENIED;

accordingly, the case is closed.

**DATED:** New York, New York
          February 19, 2026


                                              **TAMMI M. HELLWIG**
                                    _____
                                              **Clerk of Court**


                          **BY:** _____
                                              **Deputy Clerk**